UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| KAREN T. CARSTENS, | ) | No. 10 B 23825 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### ORDER VACATING FINAL PRETRIAL ORDER

On the court's own motion, the final pretrial order (Dkt. No. 59) setting this case for hearing on the court's show cause order under Rule 9011 (Dkt. No. 54) is vacated. A new hearing date in this matter will be set by subsequent order.

Dated: January 21, 2011

_____
A. Benjamin Goldgar
United States Bankruptcy Judge